

# Fourth Court of Appeals
## San Antonio, Texas

July 11, 2018

No. 04-18-00310-CR

Shaun Ruiz **PUENTE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 14-01-0040-CRA
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

On June 12, 2018, this court notified the court reporters responsible for preparing the record, Ms. Patricia Gaddis and Mr. Richey Gentry, that the reporter's record was late. Ms. Gaddis and Mr. Gentry were directed to file a notification of late record if they had not received payment or to file the reporter's record no later than July 12, 2018. On June 28, 2018, Mr. Richey Gentry filed a notification of late record stating that he is responsible for preparing the record of the trial on the merits and Ms. Gaddis is responsible for preparing the record of voir dire. Due to the size of the record, Mr. Gentry requested an extension for his portion of the record until October 2018. We ordered that Mr. Gentry file his portion of the reporter's record in this court no later than October 10, 2018, or 90 days from July 12, 2018. On July 9, 2018, Ms. Gaddis filed a notification of late record requesting an extension to file her portion of the record until October 15, 2018.

It is therefore ORDERED that Ms. Gaddis file her portion of the reporter's record in this court no later than October 10, 2018. If the record is not received by such date, an order may be issued directing Ms. Gaddis to appear before this court in person and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Gaddis by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable Donna S. Rayes, Judge of the 218th Judicial District Court of Atascosa County, Texas.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of July, 2018.

Keith E. Hottle
Clerk of Court